CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:14CR00045 |
| | ) | (CASE NO. 7:16CV81206) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RANDA MICHELLE SPENCER, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (ECF No. 68) is **DISMISSED WITHOUT PREJUDICE** and is **STRICKEN** from the active docket of the court.

**ENTER:** This 9th day of January, 2017.

/s/ Glen E. Conrad
Chief United States District Judge